Full opinion will be published later.
Watch **Omnibus Index.**

**CRAWFORD v KELLERMIER**

Ohio Supreme Court
No 22480. Decided March 18, 1931

Matthias, Day, Allen, Kinkade and Robinson, JJ, concur. Jones, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**